**EXHIBIT "A"**



ARDEN "KITTY TRIO" PIN



DEFENDANT'S "TRIO KITTY" PIN