UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 14 2005
Property of U.S. District Court
District of Rhode Island

ARDEN JEWELRY MFG. CO.,
Plaintiff,

v.

C.A. No. 05-497-S

COLDWATER CREEK, INC.,
Defendant.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has agreed that the defendant may have an enlargement of time, to and including January 30, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: December 13, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

___________________________
The Honorable William E. Smith
U.S. District Judge

Date: __________

CERTIFICATION

On this 13th day of December, 2005, I mailed a copy of this to:

Cindy Elliot, Esquire
ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & MCHUGH
123 South Third Avenue
Sandpoint, ID 83864
*Counsel for Coldwater Creek, Inc.*

______________________________