UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARDEN JEWELRY MFG. CO.,
Plaintiff,

v.

C.A. No. 05-497-S

COLDWATER CREEK, INC.,
Defendant.

NOTICE OF DISMISSAL

Pursuant to a settlement agreement by the parties to this matter, and pursuant to F.R.C.P. 41(a)(1)(i), the above-entitled action is hereby dismissed, with prejudice, no interest, no costs, no fees, to any party.

Plaintiff,
By Its Attorney,

DATE: 2/8/06

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
U.S. District Judge

Date: 2/8/06

RECEIVED
FEB 08 2006
Property of U.S. District Court
District of Rhode Island

CERTIFICATION

On this 8th day of February, 2006, I mailed a copy of this to:

Cindy Elliot, Esquire
ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & MCHUGH
123 South Third Avenue
Sandpoint, ID 83864
*Counsel for Coldwater Creek, Inc.*